**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSEY SHAW, | No.  2:25-CV-02461-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF PORTOLA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 20, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed November 20, 2025, ECF No. 21, are adopted in full;

2. Defendants motion to dismiss, ECF No. 5, is granted as to all claims with leave to amend;

3. Plaintiff is ordered to file an amended complaint within 30 days of this order; and

4. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2