**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSEY SHAW, | No.  2:25-CV-02461-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF PORTOLA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Defendants' motion for extension of time to file a response to the first amended complaint.  See ECF No. 30.

Good cause appearing, Defendants' motion, ECF No. 30, will be granted, and the Court will extend the deadline, as requested.  Defendants' deadline to file a timely response to Plaintiff's First Amended Complaint is March 25, 2026.

IT IS SO ORDERED.

Dated:  February 11, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1