**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LINDSEY SHAW,

Plaintiff,

v.

CITY OF PORTOLA, et al.,

Defendants.

No. 2:25-cv-2461-DJC-ICD

ORDER

Plaintiff, who has been proceeding pro se, now has counsel appearing on their behalf. Attorney Jerold D. Friedman filed an appearance on behalf of Plaintiff. *See* ECF No. 52. Good cause appearing, the appearance is noted, and the record shall be updated accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel of Record: Jerold D. Friedman, Esq., is recognized as Plaintiff's counsel of record. The Clerk of the Court is directed to terminate Plaintiff's designation as a pro se litigant and update the electronic docket to direct all future notifications to counsel.

2. Pleading Deadline: Plaintiff's Second Amended Complaint shall be filed by counsel no later than **November 25, 2026**.

IT IS SO ORDERED.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE